HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GLEN A. MOREHOUSE, et al

    Defendants.

Case No. C07-5698RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Defendant Cedar Creek Property Owners Association's Motion for Extension of Time to Answer [Dkt. #6]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On or about December 20, 2007 the United States filed a Complaint seeking to reduce to judgment outstanding federal tax liabilities against defendant Glen A. Morehouse and to foreclose federal tax liens upon certain properties of Glen A. Morehouse. Cedar Creek Property Owners Association ("CCPOA") is named as a defendant because it may claim an interest in the property. According to Richard Ryan, the President of CCPOA, the association was created by court order in a foreclosure action to maintain the roads under its control. Mr. Ryan has requested an extension of time to file an Answer to the Complaint in order to allow CCPOA to hire an attorney. That request is reasonable. Therefore, Defendant CCPOA's Motion for an

Extension of Time to Answer [Dkt. #6] is **GRANTED**.  Cedar Creek Property Owners Association shall file its Answer on or before April 25, 2008.

**IT IS SO ORDERED.**

Dated this 24th day of March, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2