UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

 v.

GLEN A. MOREHOUSE, et al.,

    Defendants.

CASE NO. C07-5698RBL

ORDER DIRECTING CLERK OF COURT TO ENTER A STATISTICAL TERMINATION

Pursuant to the Chapter 13 petition filed by Glen Morehouse in the United State Bankruptcy Court for the Western District of Washington, No. 08-41170-PBS, it appears that this matter will remain in an inactive status for a substantial period of time. The Court hereby orders the Clerk to enter a statistical termination of this case.

Counsel should note that this termination is intended solely to remove this matter from the court's docket of active pending cases in order to alleviate congestion of the court's docket. At such time as the parties deem this litigation to be in a posture to proceed before this court, they shall file a motion to reopen and the matter will proceed. The motion to reopen shall be filed in the above-referenced cause number, no new case need be filed nor will additional filing fees be required. For purposes of statutes of limitations, the court deems the filing date of this litigation to be and to remain the original filing date of the above-entitled case.

  All pending motions, deadlines and hearings, if any, shall be stricken as moot.

IT IS SO ORDERED this 6th day of June, 2008.

            RONALD B. LEIGHTON
            UNITED STATES DISTRICT JUDGE

Order -1