The Honorable Ronald B. Leighton

07-CV-05698-ORD

FILED _____ LODGED
_____ RECEIVED

SEP 1 2 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GLEN A. MOREHOUSE, EMMA J. MOREHOUSE, RUSSELL BOLEN, CLARK COUNTY, CEDAR CREEK PROPERTY OWNERS ASSOCIATION, FIRST INDEPENDENT BANK, TRANSAMERICA INDUSTRIAL LOAN,<br><br>Defendants. | Civil No. C07-5698RBL<br><br>[PROPOSED] ORDER RE: MOTION TO REOPEN CASE |

Pending before the Court is the Plaintiff's Motion to Reopen this proceeding filed by the United States. Having considered the motion,

ORDERS that the Motion to Reopen is GRANTED.

[PROPOSED] ORDER
(Civ. No. C07-5698RBL)                  - 1 -

The Honorable Ronald B. Leighton

It is further

ORDERED that the parties shall have until October 10, 2008 to file their joint 26(f) meeting report.

IT IS SO ORDERED. The Clerk is directed to send copies of this Order to counsel.

Dated this 12th day of September, 2008.

_____
Ronald B. Leighton
United States District Judge

Presented by:

s/ Nathaniel Parker
NATHANIEL B. PARKER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6547
Fax: (202) 307-0054
nathaniel.b.parker@usdoj.gov
Western.taxcivil@usdoj.gov

[PROPOSED] ORDER
(Civ. No. C07-5698RBL)                    - 2 -