The Honorable Ronald B. Leighton

JEFFREY C. SULLIVAN
United States Attorney, Western District of Washington
700 Stewart Street Suite 5220
Seattle, WA 98101-1271

GOUD P. MARAGANI
NATHANIEL B. PARKER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6547
Fax: (202) 307-0054
goud.p.maragani@usdoj.gov
nathaniel.b.parker@usdoj.gov
Western.taxcivil@usdoj.gov

Attorneys for the United States

07-CV-05698-ORD

FILED ___ LODGED
___ RECEIVED

OCT 1 6 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civil No. C07-5698RBL |
| v. | STIPULATION RE: DISCLAIMER OF INTEREST BY RUSSELL BOLEN |
| GLEN A. MOREHOUSE, EMMA J. MOREHOUSE, RUSSELL BOLEN, CLARK COUNTY, CEDAR CREEK PROPERTY OWNERS ASSOCIATION, FIRST INDEPENDENT BANK, TRANSAMERICA INDUSTRIAL LOAN, | |
| Defendants. | |

Plaintiff the United States of America (hereinafter "United States"), by and through the undersigned, and Defendant Russell Bolen hereby stipulate and agree as follows:

Russell Bolen has no interest in this instant action and the real property which is the subject of this lawsuit. Mr. Bolen further disclaims any and all right, title, claim, or interest in the real property

Stipulation re: Disclaimer of Interest
(Civ. No. C07-5698RBL) - 1 -

The Honorable Ronald B. Leighton

which is the subject of the above-captioned civil action, including but not limited to any funds which may be generated from the sale of such property. Mr. Bolen further disclaims any interest in these proceedings and should be dismissed with prejudice as a party-defendant. The parties shall bear their own costs and fees.

DATED this 7th day of October, 2008.

JEFFREY C. SULLIVAN
United States Attorney

_____
Dated: 10/15/08
GOUD P. MARAGANI
NATHANIEL B. PARKER
U.S. Department of Justice, Tax Division
P.O. Box 683 Ben Franklin Station
Washington, D.C. 20044-0683
*Attorneys for the United States*

_____
Dated: Oct - 10 - 08
RUSSELL BOLEN

**IT IS SO ORDERED:**

DATED this 16th Day of October, 2008.

_____
THE HONORABLE RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Stipulation re: Disclaimer of Interest
(Civ. No. C07-5698RBL)

- 2 -