

07-CV-05698-ORD

The Honorable Ronald B. Leighton

JEFFREY C. SULLIVAN
United States Attorney, Western District of Washington
700 Stewart Street Suite 5220
Seattle, WA 98101-1271

NATHANIEL B. PARKER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6547
Facsimile: (202) 307-0054
nathaniel.b.parker@usdoj.gov
Western.taxcivil@usdoj.gov

Attorneys for the United States

FILED _____ LODGED
_____ RECEIVED

APR 16 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GLEN A. MOREHOUSE, EMMA J. MOREHOUSE, RUSSELL BOLEN, CLARK COUNTY, CEDAR CREEK PROPERTY OWNERS ASSOCIATION, FIRST INDEPENDENT BANK, TRANSAMERICA INDUSTRIAL LOAN,<br><br>Defendants. | Civil No. 07-5698RBL<br><br>STIPULATION BETWEEN THE UNITED STATES AND FIRST INDEPENDENT BANK |

STIPULATION BETWEEN
UNITED STATES AND FIRST INDEPENDENT
BANK
(Civ. No. 07-5698RBL)                    - 1 -

United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6547

IT IS HEREBY STIPULATED AND AGREED by the United States of America ("United States") and First Independent Bank ("First Independent") that:

1. The United States filed this action to foreclose federal tax liens on a parcel of real property located in Clark County, Washington referred to as the "Amboy Residence" in the United States' Complaint.1/

2. The United States filed notices of federal tax lien in the Clark County Recorder's Office pursuant to 26 U.S.C. § 6323(a) to make its liens against any and all real property owned by Glen A. Morehouse, including the Amboy Residence, effective against persons entitled to such notice.

3. The United States and First Independent entered into a stipulation on October 10, 2008, which provided that First Independent's deed of trust dated March 24, 1978 encumbering the Amboy Residence was properly recorded and had priority over the United States' interest in the Amboy Residence secured by federal tax liens. First Independent agreed to not oppose the United States' request for an Order of the Court foreclosing the tax liens upon Glen Morehouse's interest in the Amboy Residence. See Stipulation between the United States and First Independent at docket #10, ¶ 5-6.

4. Following entry of the stipulation between the United States and First Independent Bank, the debt secured by First Independent's deed of trust dated March 24, 1978 was fully paid.

5. First Independent disclaims all interest in the Amboy Residence.

6. Having no claim or interest in the Amboy Residence, First Independent should be dismissed from this action with prejudice.

---

1/ The Amboy Residence is legally described as follows:

The East half of the Southwest quarter of the Northeast quarter of Section 20, Township 5 North, Range 3 East of the Willamette Meridian, Clark County, Washington. EXCEPT that portion lying within NE 389th Street.

STIPULATION BETWEEN
UNITED STATES AND FIRST INDEPENDENT
BANK
(Civ. No. 07-5698RBL) - 2 -

United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6547

| | |
|---|---|
| 1 | |
| 2 | DATED this 14th day of April, 2009. | JEFFREY C. SULLIVAN<br>United States Attorney |
| 3 | *Teresa H. Pearson* | |
| 4 | TERESA H. PEARSON | DATED this 15 day of April, 2009. |
| | Miller Nash | |
| 5 | 111 SW 5th Ave. STE 3400 | |
| | Portland, OR 97204 | |
| 6 | Tel: 503-205-2646 | NATHANIEL B. PARKER |
| | email: teresa.pearson@millernash.com | Trial Attorney, Tax Division |
| 7 | Attorney for First Independent Bank | U.S. Department of Justice |
| | | P.O. Box 683 |
| 8 | | Ben Franklin Station |
| | | Washington, D.C. 20044-0683 |
| 9 | | Telephone: (202) 307-6547 |
| | | Facsimile: (202) 307-0054 |
| 10 | | Email: nathaniel.b.parker@usdoj.gov |
| 11 | | Attorneys for United States |

IT IS SO ORDERED THIS 16th DAY OF April, 2009

_____
UNITED STATES DISTRICT COURT JUDGE

STIPULATION BETWEEN
UNITED STATES AND FIRST INDEPENDENT
BANK
(Civ. No. 07-5698RBL)                    - 3 -

United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6547