FILED _____ LODGED
_____ RECEIVED

MAY - 4 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

The Honorable Ronald B. Leighton

JEFFREY C. SULLIVAN
United States Attorney, Western District of Washington
700 Stewart Street Suite 5220
Seattle, WA 98101-1271

NATHANIEL B. PARKER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6547
Facsimile: (202) 307-0054
nathaniel.b.parker@usdoj.gov
Western.taxcivil@usdoj.gov

Attorneys for the United States

07-CV-05698-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GLEN A. MOREHOUSE, EMMA J. MOREHOUSE, RUSSELL BOLEN, CLARK COUNTY, CEDAR CREEK PROPERTY OWNERS ASSOCIATION, FIRST INDEPENDENT BANK, TRANSAMERICA INDUSTRIAL LOAN,<br><br>    Defendants. | Civil No. 07-5698RBL<br><br>**STIPULATION BETWEEN THE UNITED STATES AND THE CEDAR CREEK PROPERTY OWNERS ASSOCIATION** |

STIPULATION BETWEEN
UNITED STATES AND THE CEDAR
CREEK
(Civ. No. 07-5698RBL)               - 1 -

United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6547

IT IS HEREBY STIPULATED AND AGREED by the United States of America ("United States") and the Cedar Creek Property Owners Association ("Cedar Creek") that:

1. The United States filed this action to foreclose federal tax liens on a parcel of real property located in Clark County, Washington referred to as the "Amboy Tract" in the United States' Complaint.1/

2. Pursuant to 26 U.S.C. § 6323(a), the United States filed notices of federal tax lien in the Clark County Recorder's Office on August 10, 1998 to make its federal tax liens liens against any and all real property owned by Glen A. Morehouse, including the Amboy Tract, effective against persons entitled to such notice.

3. Cedar Creek was named as a defendant solely to fulfill the requirements of 26 U.S.C. § 7403(b) that "[a]ll persons having liens upon or claiming any interest in the property involved in such action [to enforce a tax lien] shall be made parties thereto."

4. Cedar Creek holds a Claim of Lien against the Amboy Tract, executed on April 9, 1999.

---

1/ The Amboy Tract is legally in the warranty deed conveying the property to Defendants Glen Morehouse, Emma Morehouse, and Russell Bolen as follows:

> The South half of the East half of the South half of the Northwest quarter of the Southwest quarter of Section 17, Township 5 North, Range 3 East of the Willamette Meridian, Clark County, Washington and also together with a quarter of the 1/76 undivided interest in that parcel known as the Northwest quarter of the Northeast quarter of the Northwest quarter of Section 18, Township 4 North, Range 3 East of the Willamette Meridian. TOGETHER WITH that certain road easement as described under Auditor's File No. G 666033. SUBJECT TO easements, restrictions, and road maintenance covenants of record.

Mr. Ryan believes, however, that the proper legal description of the parcel subject to the 1/76 undivided interest is as follows:

> The Northwest quarter of the Northeast quarter of the Northwest quarter of Section 18, Township 5 North, Range 3 East of the Willamette Meridian.

The United States is without knowledge of the proper legal description of the 1/76 undivided interest.

STIPULATION BETWEEN
UNITED STATES AND CEDAR
CREEK
(Civ. No. 07-5698RBL)                        - 2 -

United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6547

5. Cedar Creek recognizes the superior interest of the United States in the Amboy Tract. The United States and Cedar Creek agree and stipulate that any proposed order of sale relating to the Amboy Tract shall include a provision that the net proceeds of sale be applied to satisfy, in whole or part, the federal income tax liabilities of Mr. Morehouse prior to any distributions to Cedar Creek satisfy liabilities owing to Cedar Creek that are secured by the Claim of Lien.

6. Cedar Creek does not oppose the United States' request for an Order of the Court foreclosing the federal tax liens upon Glen Morehouse's interest in the Amboy Tract.

7. If a Decree of Foreclosure and Order of Sale is granted, the Court may distribute the net sale proceeds in accordance with the validity and priority of the claims of the parties, including Cedar Creek's Claim of Lien.2/

///

///

///

---

2/ In the event that the subject property is foreclosed on and sold as a result of this action, the allowed costs and expenses of sale, including any commissions due under 28 U.S.C. § 1921(c) and including an amount sufficient to cover the costs of any steps taken to secure or maintain the subject property pending sale and confirmation by the Court, will be reimbursed to the United States prior to the distribution of the sale proceeds.

STIPULATION BETWEEN
UNITED STATES AND CEDAR
CREEK
(Civ. No. 07-5698RBL) - 3 -

United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6547

8. If the United States does not prevail in this action, or if this action is resolved prior to the foreclosure and sale of the Amboy Tract, this Stipulation shall not affect Cedar Creek's claims, or release any claim or interest it may have in the Amboy Tract.

DATED this 23 day of April, 2009.

RICHARD RYAN
President of the Cedar Creek Property Owners Association
PO Box 221
18010 NE Neer Circle
Amboy, WA 98601

JEFFREY C. SULLIVAN
United States Attorney

DATED this 30 day of April, 2009.

NATHANIEL B. PARKER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:  (202) 307-6547
Facsimile:  (202) 307-0054
Email: nathaniel.b.parker@usdoj.gov

Attorneys for United States

IT IS SO ORDERED THIS 1st DAY OF May, 2009

UNITED STATES DISTRICT COURT JUDGE

STIPULATION BETWEEN
UNITED STATES AND CEDAR CREEK
(Civ. No. 07-5698RBL)

- 4 -

United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6547