JEFFREY C. SULLIVAN
United States Attorney, Western District of Washington
700 Stewart Street Suite 5220
Seattle, WA 98101-1271

NATHANIEL B. PARKER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6547
Facsimile: (202) 307-0054
nathaniel.b.parker@usdoj.gov
Western.taxcivil@usdoj.gov

Attorneys for the United States

The Honorable Ronald B. Leighton

FILED ___ LODGED
___ RECEIVED

MAY - 7 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

07-CV-05698-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GLEN A. MOREHOUSE, EMMA J. MOREHOUSE, RUSSELL BOLEN, CLARK COUNTY, CEDAR CREEK PROPERTY OWNERS ASSOCIATION, FIRST INDEPENDENT BANK, TRANSAMERICA INDUSTRIAL LOAN,<br><br>Defendants. | Civil No. 07-5698RBL<br><br>**STIPULATION BETWEEN THE UNITED STATES AND CLARK COUNTY** |

STIPULATION BETWEEN
UNITED STATES AND CLARK
COUNTY
(Civ. No. 07-5698RBL)                    - 1 -

United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6547

IT IS HEREBY STIPULATED AND AGREED by the United States of America ("United States") and the Clark County that:

1. The United States filed this action to foreclose federal tax liens on a parcel of real property commonly referred to as 20816 NE 389th St., Amboy, WA 98601 ("Amboy Residence") and a five-acre tract of land ("Amboy Tract") and more particularly described as set forth in the United States' Complaint. See Docket #1 at ¶ 5, 7.

2. The United States filed notices of federal tax lien in the Clark County Recorder's Office pursuant to 26 U.S.C. § 6323(a) on August 10, 1998 to make its liens against any and all real property owned by Glen A. Morehouse, including the Portland Property, effective against persons entitled to such notice.

3. Clark County was named as a defendant solely to fulfill the requirements of 26 U.S.C. § 7403(b) that "[a]ll persons having liens upon or claiming any interest in the property involved in such action [to enforce a tax lien] shall be made parties thereto."

4. Clark County holds liens encumbering the subject properties that secure ad valorem property taxes due and owing for the subject properties. As of May 4, 2009, property taxes are due and owing for the Amboy Residence in the amount of $3,242.29 for the 2009 tax year and for the Amboy Tract in the amounts of $1,331.49 for the 2008 tax year and $1,386.66 for the 2009 tax year.

5. The United States recognizes the superior interest of the Clark County secured by the liens listed in ¶ 4. The United States will include in any proposed order of sale a provision that the net proceeds of sale, defined as the proceeds resulting from the sale of a real property at issue in this suit less distribution to the United States for the costs of sale, be applied to satisfy the property taxes owed to Clark County for the property sold prior to application of the funds to fully or partially satisfy the United States' interest secured by federal tax liens.

STIPULATION BETWEEN
UNITED STATES AND CLARK
COUNTY
(Civ. No. 07-5698RBL)    - 2 -

United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6547

6. Clark County does not oppose the United States' request for an Order of the Court foreclosing the federal tax liens upon Glen Morehouse's interest in the Amboy Residence or Amboy Tract.

7. If the United States does not prevail in this action, or if this action is resolved prior to the foreclosure and sale of the Amboy Residence or Amboy Tract, this Stipulation shall not affect the Clark County's claims, or release any claim or interest it may have in the Amboy Residence or Amboy Tract.

DATED this 6 day of May, 2009.

JEFFREY C. SULLIVAN
United States Attorney

NATHANIEL B. PARKER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6547
Facsimile: (202) 307-0054
Email: nathaniel.b.parker@usdoj.gov

Attorneys for United States

DATED this 5 day of May, 2009.

CURTIS G. WYRICK
Attorney, Clark County
PO Box 5000
Vancouver, WA 98666-5000
Telephone: (360) 397-2261
Facsimile: (360) 397-2184
Email: curt.wyrick@clark.wa.gov

IT IS SO ORDERED THIS 7th DAY OF May, 2009

UNITED STATES DISTRICT COURT JUDGE

STIPULATION BETWEEN
UNITED STATES AND CLARK
COUNTY
(Civ. No. 07-5698RBL)

- 3 -

United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6547