1

The Honorable Ronald B. Leighton

2   JEFFREY C. SULLIVAN
United States Attorney, Western District of Washington
3   700 Stewart Street Suite 5220
Seattle, WA 98101-1271

4

NATHANIEL B. PARKER
5   Trial Attorney, Tax Division
U.S. Department of Justice
6   P.O. Box 683
Ben Franklin Station
7   Washington, D.C.  20044
Telephone: (202) 307-6547
8   Facsimile: (202) 307-0054
nathaniel.b.parker@usdoj.gov
9   Western.taxcivil@usdoj.gov

10  Attorneys for the United States

11              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
12                    AT TACOMA

13  UNITED STATES OF AMERICA          )
                                      )   Civil No.  07-5698RBL
14              Plaintiff,            )
                                      )
15        v.                          )   [PROPOSED] ORDER OF
                                      )   FORECLOSURE AND JUDICIAL
16  GLEN A. MOREHOUSE, EMMA J.        )   SALES
    MOREHOUSE, RUSSELL BOLEN, CLARK   )
17  COUNTY, CEDAR CREEK PROPERTY      )
    OWNERS ASSOCIATION, FIRST         )
18  INDEPENDENT BANK, TRANSAMERICA    )
    INDUSTRIAL LOAN,                  )
19                                    )
                Defendants.           )
20  _____ )

21

22        The United States' Motion for Summary Judgment seeking an order of foreclosure and judicial sale

23  was granted on June 15, 2009 and this Order of Foreclosure and Judicial Sales is entered pursuant to the

24  provisions of 28 U.S.C. §§ 2001 and 2002 and 26 U.S.C. §§ 7402 and 7403.  The Court hereby orders as

25  follows:

26        1.        Mr. Glen Morehouse is indebted to the United States of America ("United States") for unpaid

27  [PROPOSED] ORDER                                    **U.S. Department of Justice**
                                                        P.O. Box 683, Ben Franklin Station
28  Case No: 07-5698                      1              Washington, D.C. 20044-0683
                                                        Telephone: (202) 307-6547

1    assessed balances of federal income taxes for tax years 1987, 1988, 1989, 1990, 1991, 1992,

2    and 1993, plus interest and statutory additions accruing after the dates of assessment pursuant

3    to 26 U.S.C. §§ 6601, 6621 and 6622, and 28 U.S.C. § 1961(c) until paid.  On June 15, 2009,

4    the Court entered judgment in favor of the United States and against Mr. Morehouse for his

5    federal income tax liabilities for tax years 1987, 1988, 1989, 1990, 1991, 1992, and 1993,

6    calculated through May 7, 2009, in the amount of $517,295.58, plus such additional statutory

7    additions, including interest, as continue to accrue until paid in full.

8    2.    The first parcel of real property upon which foreclosure is sought is a tract of real property

9    described as:

10            The South half of the East half of the South half of the Northwest quarter of the

11            Southwest quarter of Section 17, Township 5 North, Range 3 East of the

12            Willamette Meridian, Clark County, Washington and also together with a quarter

13            of the 1/76 undivided interest in that parcel known as the Northwest quarter of the

14            Northeast quarter of the Northwest quarter of Section 18, Township 4 North,

15            Range 3 East of the Willamette Meridian.  TOGETHER WITH that certain road

16            easement as described under Auditor's File No. G 666033.  SUBJECT TO

17            easements, restrictions, and road maintenance covenants of record.

18    ("Amboy Tract").  The second parcel of real property upon which foreclosure is sought is real

19    property located at 20816 NE 389th St., Amboy, WA ("Amboy Residence").  The Amboy

20    Residence is described as:

21            The East half of the Southwest quarter of the Northeast quarter of Section 20,

22            Township 5 North, Range 3 East of the Willamette Meridian, Clark County,

23            Washington. EXCEPT that portion lying within NE 389th Street.

24    The Amboy Tract and Amboy Residence are hereinafter referred to as the "subject

25    properties."

26    3.    On June 15, 2009, the Court held that the United States holds valid liens in the amount of Mr.

27    [PROPOSED] ORDER

28    Case No: 07-5698                              2

**U.S. Department of Justice**
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6547

1    Morehouse's tax liabilities arising from the 1987, 1988, 1989, 1990, 1991, 1992, and 1993 tax

2    years on the Amboy Tract and Amboy Residence and ordered the foreclosure of these

3    properties.

4    4.    The United States' federal tax liens against the subject properties are hereby foreclosed.  The

5    United States Marshal for the District of Washington, his/her representative, or an Internal

6    Revenue Service Property Appraisal and Liquidation Specialist ("PALS") representative is

7    authorized and directed under 28 U.S.C. §§ 2001 and 2002 to offer for public sale and to sell

8    the subject properties, free and clear of the right, title and interest of all parties to this action

9    and any successors in interest or transferees of those parties.  The United States may choose

10    either the United States Marshal or a PALS representative to carry out the sales under this

11    Order of Foreclosure and Judicial Sales and shall make the arrangements for any sales as set

12    forth in this Order.  This Order of Foreclosure and Judicial Sales shall act as a special writ of

13    execution and no further orders or process from the Court shall be required.

14    5.    The United States Marshal for the District of Washington, his/her representative, or a PALS

15    representative is authorized to have free access to the subject properties and to take all actions

16    necessary to preserve them including without limitation retaining a locksmith or other person

17    to change or install locks or other security devices on any parts thereof, until a deed thereto is

18    delivered to the ultimate purchaser(s).

19    6.    The terms and conditions of the sales of the subject properties are as follows:

20        a.    Except as otherwise stated herein, the sales of the subject properties shall be by public

21            auction to the highest bidder, free and clear of all liens and interests.

22        b.    The sales shall be subject to all laws, ordinances, and governmental regulations

23            (including building and zoning ordinances), affecting the premises, and easements and

24            restrictions of record, if any.

25        c.    The sales shall be held at the courthouse of the county or city in which the subject

26            properties are located, on the subject properties's premises, or at any other place in

27    [PROPOSED] ORDER

28    Case No: 07-5698                                3

**U.S. Department of Justice**
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6547

1    accordance with the provisions of 28 U.S.C. §§ 2001 and 2002, at a date and time

2    announced by the United States Marshal, his/her representative, or a PALS

3    representative.

4    d.    Notice of the sales shall be published once a week for at least four consecutive weeks

5    before the date fixed for the sale in at least one newspaper regularly issued and of

6    general circulation in Clark County, and, at the discretion of the Marshal, his/her

7    representative, or a PALS representative, by any other notice that it or its

8    representative may deem appropriate. **State law notice requirements for**

9    **foreclosures or execution sales do not apply to this sale under federal law.** The

10    notices of sales shall describe the subject properties and contain the material terms and

11    conditions of sales in this Order of Foreclosure and Judicial Sales.

12    e.    The minimum bid for each sale will be set by the Internal Revenue Service. If the

13    minimum bid for each sale is not met or exceeded, the Marshal, his or her

14    representative, or a PALS representative may, without further permission of this

15    Court, and under the terms and conditions in this Order of Foreclosure and Judicial

16    Sales, hold a new public sale, if necessary, and reduce the minimum bid or sell to the

17    second highest bidder;

18    f.    Bidders shall be required to DEPOSIT at the time of each sale with the Marshal,

19    his/her representative, or a PALS representative, a minimum of ten percent of the bid

20    with the deposit to be made by a certified or cashier's check payable to the United

21    States District Court for the District of Washington. Before being permitted to bid at

22    the sales, bidders shall display to the Marshal, his/her representative, or a PALS

23    representative satisfactory proof of compliance with this requirement.

24    g.    The balance of the purchase prices of the Amboy Tract in excess of the deposit

25    tendered shall be paid to the Marshal or a PALS representative  (whichever person is

26    conducting the sales) within twenty (20) days after the date the bid is accepted by a

27    [PROPOSED] ORDER

28    Case No: 07-5698                                4

1    certified or cashier's check payable to the United States District Court for the District
2    of Washington. If the successful bidder fails to fulfill this requirement, the deposit
3    shall be forfeited and shall be applied in accordance with paragraph 14, below.

4    h.    The balance of the purchase prices of the Amboy Residence in excess of the deposit
5    tendered shall be paid to the Marshal or a PALS representative  (whichever person is
6    conducting the sales) within twenty (20) days after the date the bid is accepted by a
7    certified or cashier's check payable to the United States District Court for the District
8    of Washington. If the successful bidder fails to fulfill this requirement, the deposit
9    shall be forfeited and shall be applied in accordance with paragraph 15, below.

10    i.    The sale of the subject properties shall not be final until confirmed by this Court.  The
11    Marshal or a PALS representative shall file a report of each sale with the Court,
12    together with a proposed order of confirmation of sale, within 30 days from the date of
13    receipt of the balance of the purchase price.

14    j.    Upon confirmation of each sale, the Marshal or PALS representative shall execute and
15    deliver a deed of judicial sale conveying each subject property to the purchaser.

16    k.    Upon confirmation of the sales, the interests of, liens against, or claims to the subject
17    properties held or asserted by the United States and any other parties to this action or
18    any successors in interest or transferees of those parties shall be discharged and
19    extinguished.  The sale is ordered pursuant to 28 U.S.C. § 2001.  **Redemption rights**
20    **under state law shall <u>not</u> apply to this sale under federal law.**

21    l.    Upon confirmation of each sale, the Office of the County Clerk, Clark County,  shall
22    cause transfer of each subject property to be reflected upon that county's register of
23    title.

24    7.    Until each subject property is sold, Mr. Glen Morehouse and Ms. Emma Morehouse-
25    Sands shall each take all reasonable steps necessary to preserve each subject property to
26    which they currently hold record title (including all buildings, improvements, fixtures and

27    [PROPOSED] ORDER

28    Case No: 07-5698                    5

U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:  (202) 307-6547

1  appurtenances thereon) including, without limitation, maintaining fire and casualty

2  insurance policies on the subject properties.  They shall not commit waste against the

3  subject properties, nor shall they cause or permit anyone else to do so.  They shall not do

4  anything that tends to reduce the value or marketability of the subject properties, nor shall

5  they cause or permit anyone else to do so.  They shall not record any instruments, publish

6  any notice, or take any other action that may directly or indirectly tend to adversely affect

7  the value of the subject properties or that may tend to deter or discourage potential bidders

8  from participating in the public sales, nor shall they cause or permit anyone else to do so.

9  **Violation of this paragraph shall be deemed a contempt of court and punishable as**

10  **such.**

11  8.  The sale of the Amboy Tract shall occur prior to the sale of the Amboy Residence, with

12  the sale of the Amboy Residence not to occur sooner than 30 days after the distribution of

13  proceeds arising from the sale of the Amboy Tract.

14  9.  Ms. Emma Morehouse-Sands may bid at the auction of the Amboy Residence.  If she

15  chooses to participate in the auction of the Amboy Residence, she may bid at full price,

16  and if she is successful in purchasing the Amboy Residence, her final purchase price shall

17  be reduced by one-third, after accounting for costs of sale, in satisfaction of her one-third

18  interest in the net proceeds of the sale of the Amboy Residence.

19  10.  All persons occupying the Amboy Tract shall leave and vacate permanently each such

20  property no later than 30 days after entry of this Order, each taking with them his or her

21  personal property (but leaving all improvements, buildings, fixtures, and appurtenances)

22  when leaving and vacating.  If any person fails or refuses to leave and vacate each subject

23  property by the time specified in this Order, the United States Marshal's Office or the

24  Sheriff of Clark County is authorized to take whatever action they deem appropriate to

25  remove such person or persons from the premises, whether or not the sale of such property

26  is being conducted by a PALS representative.  If any person fails or refuses to remove his

27  [PROPOSED] ORDER

28  Case No: 07-5698                6

1   or her personal property from each subject property by the time specified herein, the

2   personal property remaining on each subject property thereafter is deemed forfeited and

3   abandoned, and the United States Marshal's Office or the PALS representative is

4   authorized and directed to remove and dispose of it in any manner they see fit, including

5   sale, in which case the proceeds of sale are to be applied first to the expenses of sale, and

6   then to the tax liabilities at issue herein.

7   11.   All persons occupying the Amboy Residence shall leave and vacate permanently each

8   such property no later than 30 days prior to the scheduled sale of the Amboy Residence,

9   each taking with them his or her personal property (but leaving all improvements,

10  buildings, fixtures, and appurtenances) when leaving and vacating.  If any person fails or

11  refuses to leave and vacate each subject property by the time specified in this Order, the

12  United States Marshal's Office or the Sheriff of Clark County is authorized to take

13  whatever action they deem appropriate to remove such person or persons from the

14  premises, whether or not the sale of such property is being conducted by a PALS

15  representative.  If any person fails or refuses to remove his or her personal property from

16  each subject property by the time specified herein, the personal property remaining on

17  each subject property thereafter is deemed forfeited and abandoned, and the United States

18  Marshal's Office or the PALS representative is authorized and directed to remove and

19  dispose of it in any manner they see fit, including sale, in which case the proceeds of sale

20  are to be applied first to the expenses of sale, and then to the tax liabilities at issue herein.

21  12.   Notwithstanding the terms of the immediately preceding paragraph, if, after the sale of

22  each subject property is confirmed by this Court, the subject property remains occupied, a

23  writ of assistance may, without further notice, be issued by the Clerk of Court pursuant to

24  Rule 70 of the Federal Rules of Civil Procedure to compel delivery of possession of the

25  subject  property to the purchasers thereof.

26  13.   Mr. Glen Morehouse and Ms. Emma Morehouse-Sands shall each file a forwarding

27  [PROPOSED] ORDER

28  Case No: 07-5698                                              7

U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6547

address with the Court 30 days prior to the auction of the Amboy Residence, and serve a copy of the same upon the United States and all other parties to this litigation.  If Mr. Morehouse or Ms. Morehouse-Sands, and any other persons occupying the subject properties, vacates the subject properties prior to the deadline set forth in paragraph 11, above, such person shall notify counsel for the United States no later than 2 business days prior to vacating the property of the date on which he or she is vacating the property. Notification shall be made by leaving a message for said counsel, Nathaniel B. Parker, at (202) 307-6547.

14.    The Marshal, his or her representative, or a PALS representative, shall deposit the amount paid by the purchasers of the Amboy Tract into the registry of the court.  Upon appropriate motion for disbursement or stipulation of the parties, the court will disburse the funds arising from the sale of the Amboy Tract in the following partial order of preference until these expenses and liens are satisfied:

| PRIORITY | PAYEE | AMOUNT |
|----------|-------|--------|
| First | Internal Revenue Service | In the amount of allowed costs and expenses of sale, including any commissions due under 28 U.S.C. § 1921(c) and including an amount sufficient to cover the costs of any steps taken to secure or maintain the subject property pending sale and confirmation by the Court |
| Second | Clark County | In the amount of any and all liens it may have on each Amboy Tract for unpaid real property taxes or special assessments at the time of the sale. |
| Third | United States | Fifty percent of the remaining proceeds after payment to the first and second priorities. |

[PROPOSED] ORDER

Case No: 07-5698                                8

U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:  (202) 307-6547

| Fourth | Cedar Creek Property Owners' Association | In the amount of its claimed lien. |
| Fifth | Emma Morehouse-Sands | All remaining proceeds. |

15.   The Marshal, his or her representative, or a PALS representative, shall deposit the amount paid by the purchasers of the Amboy Residence into the registry of the court. Upon appropriate motion for disbursement or stipulation of the parties, the court will disburse the funds arising from the sale of the Amboy Residence in the following partial order of preference until these expenses and liens are satisfied:

| PRIORITY | PAYEE | AMOUNT |
| --- | --- | --- |
| First | Internal Revenue Service | In the amount of allowed costs and expenses of sale, including any commissions due under 28 U.S.C. § 1921(c) and including an amount sufficient to cover the costs of any steps taken to secure or maintain the subject property pending sale and confirmation by the Court. |
| Second | Clark County | In the amount of any and all liens it may have on the Amboy Residence for unpaid real property taxes or special assessments at the time of the sale. |
| Third | Emma Morehouse-Sands | One-third of the remaining proceeds after payment to the first and second priorities. |
| Fourth | United States | All remaining proceeds |

16.   In the event that Ms. Emma Morehouse-Sands successfully bids for and purchases the Amboy Residence, upon appropriate motion for disbursement or stipulation of the parties, the court will disburse the funds arising from the sale of the Amboy Residence in the following partial order of preference until these expenses and liens are satisfied:

[PROPOSED] ORDER

Case No: 07-5698                              9

U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6547

| PRIORITY | PAYEE | AMOUNT |
|----------|-------|--------|
| First | Internal Revenue Service | In the amount of allowed costs and expenses of sale, including any commissions due under 28 U.S.C. § 1921(c) and including an amount sufficient to cover the costs of any steps taken to secure or maintain the subject property pending sale and confirmation by the Court. |
| Second | Clark County | In the amount of any and all liens it may have on the Amboy Residence for unpaid real property taxes or special assessments at the time of the sale. |
| Third | United States | Any remaining proceeds. |

DATED this 13th day of October, 2009.

_____
United States District Judge

Presented by:

JEFFREY C. SULLIVAN
United States Attorney, Western District of Washington
700 Stewart Street Suite 5220
Seattle, WA 98101-1271

 /s/ Nathaniel B. Parker
NATHANIEL B. PARKER
Trial Attorney, Tax Division
U.S. Department of Justice

[PROPOSED] ORDER

Case No: 07-5698                    10

1

**CERTIFICATE OF SERVICE**

2
I HEREBY CERTIFY that on July 15, 2009, I electronically filed the foregoing Proposed Order electronically through the CM/ECF system, which caused the following parties to be served by electronic
3
means, as more fully reflected on the Notice of Electronic Filing:

4
Curt Wyrick, Attorney for Clark County
curt.wyrick@clark.wa.gov
5
James D. Case, Attorney for Glen Morehouse
6
jcase@case-dusterhoff.com

7
I further CERTIFY that service of the foregoing Proposed Order has been made by depositing true and
correct copies thereof in the United States mail, postage prepaid, addressed to:
8
Emma J. Morehouse                          Cedar Creek Property Owners Association
9
20816 NE 389th St                          c/o Richard F. Ryan
Amboy WA 98601                             PO Box 221
10
                                           18010 NE Neer Circle
                                           Amboy, WA 98601
11

12
Dated this 15th day of July, 2009.
13

14
                                      /s/ Nathaniel B. Parker
                                      Nathaniel B. Parker
15
                                      Trial Attorney
                                      U.S. Department of Justice
16

17

18

19

20

21

22

23

24

25

26

27
[PROPOSED] ORDER
28
Case No: 07-5698                          11