. The Honorable Ronald B. Leighton

JENNY A. DURKAN
United States Attorney, Western District of Washington
700 Stewart Street Suite 5220
Seattle, WA 98101-1271

NATHANIEL B. PARKER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6547
Facsimile: (202) 307-0054
nathaniel.b.parker@usdoj.gov
Western.taxcivil@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Civil No. 07-5698RBL |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GLEN A. MOREHOUSE, EMMA J. ) | |
| MOREHOUSE, RUSSELL BOLEN, CLARK ) | |
| COUNTY, CEDAR CREEK PROPERTY ) | |
| OWNERS ASSOCIATION, FIRST ) | |
| INDEPENDENT BANK, TRANSAMERICA ) | |
| INDUSTRIAL LOAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Proposed Order

Case No: 07-5698

This matter came before the Court on the United States' Motion to Confirm Sale and Disburse Proceeds arising from the sale of the real property referred to as the "Amboy Tract" in the United States' Complaint.  The sale took place on September 30, 2010, by the Internal Revenue Service (IRS), pursuant to the Order of Foreclosure and Decree of Sale entered by the Court on October 13, 2009.  For the reasons stated in the United States' Motion and the Declaration of Mary Snoddy submitted therewith, the Court finds that the sale of the subject property was conducted in compliance with the applicable law found at 28 U.S.C. §§ 2001-2002, that payment was made and accepted in compliance with paragraph 6 of the Order of Foreclosure and Decree of Sale, and that such funds, in the amount of $55,000, were deposited in the registry of the Court in compliance with paragraph 14 of the Order of Foreclosure and Decree of Sale.

Accordingly, the United States' Motion to Confirm Sale is GRANTED, and it is hereby

ORDERED that the sale of the Amboy Tract is confirmed.  It is further

ORDERED that the IRS shall promptly deliver a deed thereto to the purchaser, Lakeview Holdings LLC.  It is further

ORDERED that the Clerk of the Court shall disburse all proceeds of the sale from the Court's registry in the following manner:

**First,** $2,755.24 to the IRS (Attention: Mary Snoddy, Property Appraisal and Liquidation Specialist, Internal Revenue Service, 500 W. 12th St., Vancouver WA 98660) for costs and fees;

**Second,** to Clark County in the amount of $5,221.93  (Attention: Curt Wyrick, Attorney for Clark County, Clark County Prosecuting Attorney's Office, PO Box 5000, Vancouver, WA

Proposed Order

Case No: 07-5698

2

**U.S. Department of Justice**
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:  (202) 307-6547

98666-5000), to be applied to property tax liens encumbering the Amboy Tract;

**Third,** to the United States in the amount of $23,511.42 (Attention: William Thompson, Office of Review, PO Box 310, Ben Franklin Station, Washington, DC 20044) to be applied to the unpaid federal tax liabilities of defendant Glen Morehouse; and

**Fourth,** to the Cedar Creek Property Owner's Association (Attention: Richard Ryan, 18010 NE Neer Circle, PO Box 221, Amboy Washington 98601) in the amount of $1,506.27 to be applied to the Cedar Creek Property Owner's Association's liens encumbering the Amboy Tract.

**Fifth**, to Emma Morehouse, 20816 NE 389th St., Amboy Washington, 98601 in the amount of $22,005.14.

ORDERED that to the extent that any interest has accrued on the $55,000 deposited with this Court as proceeds from the sale of the Amboy Tract while it has been held in the Court's registry, such interest shall be split evenly between the United States and Emma Morehouse.

It is SO ORDERED.

DATED this 22nd day of December, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Proposed Order

Case No: 07-5698

3

U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6547